## UNITED STATES DISTRICT COURT

### DISTRICT OF MONTANA

### BILLINGS DIVISION

| | | |
|---|---|---|
| Jackson Bryant Baugus, | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 10-61-BLG-RFC |
| | ) | |
| | ) | |
| Billings Police Dept., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
that this action is DISMISSED.

Dated this 19th day of October, 2010.

PATRICK E. DUFFY, CLERK

By: /s/ T.A. Gesh
Deputy Clerk